AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of Rhode Island

Arthur D'Amario III
Plaintiff

V.

Justices of the Superior Court of R.I.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: CA 05 236

I, Arthur D'Amario III declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Wyatt Detention Center

   Are you employed at the institution? no Do you receive any payment from the institution? no

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. June 1987, $10 hourly for Postal Service

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☒ Yes | ☐ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

I received Social Security benefits of $1200 on Jan. 3, Feb. 3, and March 3, 2005. The SSA is demanding the money back because of prior overpayments plus a false story planted by the USMS that I was in prison for those 3 months. My SSDI payments were terminated in March before I was arrested on 3/31/05.

4. Do you have any cash or checking or savings accounts? ☒ Yes ☐ No

If "Yes," state the total amount. checking account of about $1500, with unpaid credit card debts of about $2300 and unpaid medical bills of $300.

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☒ Yes ☐ No

If "Yes," describe the property and state its value. 1992 Ford Mustang, worth about $1000

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. I contribute about $100 monthly to my parents for groceries.

FILED 2005 MAY 27 A 10:00

I declare under penalty of perjury that the above information is true and correct.

May 25, 2005
Date

Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

RESIDENT STATEMENT REPORT



Donald W. Wyatt Detention Facility
12/02/04 12:27
ST 002 / OPR JLT

Agency Number : 02989070
Resident Name : D'AMARIO, ARTHUR
Housing Location :
Statement Period : 12/16/2003 - 12/02/2004

**STATEMENT SUMMARY**

| | | |
|---|---|---|
| Beginning Balance | : | 0.00 |
| 2 Deposits | : | 86.13 |
| 1 Payments | : | 86.13 |
| Ending Balance | : | 0.00 |

| Receipt No. | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| M1948 | 11/09/2004 | 13:20 | Intake | | 0.00 | 0.00 |
| M1949 | 11/09/2004 | 13:21 | Add | | 86.13 | 86.13 |
| B8641 | 11/10/2004 | 09:53 | Close | 86.13 | | 0.00 |

RESIDENT STATEMENT REPORT



Donald W. Wyatt Detention Facility
12/02/04 12:27
ST 002 / OPR JLT

Agency Number : 02989070
Resident Name : D'AMARIO, ARTHUR
Housing Location :
Statement Period : 12/16/2003 - 12/02/2004

**STATEMENT SUMMARY**

| | | |
|---|---|---|
| Beginning Balance | : | 0.00 |
| 2 Deposits | : | 86.13 |
| 1 Payments | : | 86.13 |
| Ending Balance | : | 0.00 |

| Receipt No. | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| M1948 | 11/09/2004 | 13:20 | Intake | | 0.00 | 0.00 |
| M1949 | 11/09/2004 | 13:21 | Add | | 86.13 | 86.13 |
| B8641 | 11/10/2004 | 09:53 | Close | 86.13 | | 0.00 |

WYATT DENTENTION CENTER

Resident Account Summary

Tuesday, May 24, 2005 @08:58

For Agency #: 02989070 DAMARIO, ARTHUR

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 05/23/2005 | EPR | OID:100005736-ComisaryPur | -50.37 | 49.63 | 0.00 | 0.00 | |
| 05/17/2005 | MONEY ORDER | DORA DAMARIO | 100.00 | 100.00 | 0.00 | 0.00 | |

WYATT DENTENTION CENTER

Resident Account Summary

Tuesday, May 24, 2005 @08:59

For Agency #: 02989070 DAMARIO, ARTHUR

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 05/23/2005 | EPR | OID:100005736-ComisaryPur | -50.37 | 49.63 | 0.00 | 0.00 | |
| 05/17/2005 | MONEY ORDER | DORA DAMARIO | 100.00 | 100.00 | 0.00 | 0.00 | |