**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SCANNED

Arthur D'Amario, III

v.

2005 JUN 23 A 11:45

CA 05-236S

Justices of the Rhode Island District
and Superior Courts, et al

**ORDER**

Since all of the judges of this Court and in the District of New Hampshire have recused themselves this case is hereby referred to the District of Maine for assignment to a judge in that District sitting by designation.

The Clerk shall forward a copy of the file to the District of Maine for assignment but jurisdiction over this case shall remain with the District of Rhode Island which shall enter final judgment.

The originals of all documents filed in the future shall be filed in this Court and copies shall be filed in the District of Maine.

The recusal of all of the judges of this court and the District of New Hampshire gives rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. §636(f). I therefore concur in the assignment of a magistrate judge from the District of Maine to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

By Order: [signature]
Deputy Clerk

ENTER:

[signature: Ernest C. Torres]
Chief Judge Ernest C. Torres
date: 6/16/05

**Concurring Order**

I concur that an emergency exists as specified in the above and that for the duration of this case Magistrate Judges Kravchuk / Cohen ~~is~~ are assigned to perform such duties under 28 U.S.C. §636(a) - (c) as may be assigned to him/her by the District Judge to whom this case is assigned.

[signature]
Chief Judge, Assignee District

SCANNED

3