UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ARTHUR D'AMARIO, Petitioner | ) | |
| v. | ) | DOCKET NO. 05-CV-236 |
| JUSTICES OF THE SUPERIOR COURT OF RHODE ISLAND, Respondent | ) | |

PROCEDURAL ORDER

Arthur D'Amario, a prisoner at the Wyatt Detention Center, in Central Falls, Rhode Island, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner was granted leave to proceed in forma pauperis.

Petitioner names as respondents "Justices of the Superior Court of Rhode Island." Pursuant to Rule 2(a) of Rules governing Section 2254 cases, the Petitioner must name as respondent the state officer (most commonly a warden or sheriff) who has custody. The "Justices of the Superior Court of Rhode Island" are not properly named as respondents. Therefore, if Petitioner wants to proceed pursuant to 28 U.S.C. § 2254, he will have to file an amended petition naming the proper respondent.

Failure to so amend this petition by August 1, 2005, will result in a recommendation that this case be summarily dismissed.

SO ORDERED.

Dated June 30, 2005

Margaret J. Kravchuk
U.S. Magistrate Judge