UNITED STATES OF AMERICA
DISTRICT OF RHODE ISLAND

2005 . 30 P 12:43

| | | |
|---|---|---|
| ARTHUR D'AMARIO, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | DOCKET NO. 05-CV-236 |
| | ) | |
| JUSTICES OF THE SUPERIOR COURT OF RHODE ISLAND, | ) | |
| | ) | |
| Respondent | ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO PROCEED *IN FORMA PAUPERIS***

This matter is before the Court on Petitioner's Application to Proceed *In Forma Pauperis* on his Petition for Writ of Habeas Corpus. Even though the filing is only $5.00, the application is hereby GRANTED. Petitioner's account shows he currently has a zero balance.

Dated: June 30, 2005

Margaret J. Kravchuk
U.S. Magistrate Judge