UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ARTHUR D'AMARIO, 3RD<br><br>Plaintiff<br><br>v.<br><br>JUSTICES OF THE SUPERIOR COURT OF THE STATE OF RHODE ISLAND, et al.,<br><br>Defendants | ) | Docket No. 05-CV-236 |

**ORDER**

In response to the letter request filed by petitioner in Portlar d, Maine on July 21, 2005, Plaintiff Arthur D'Amario is **GRANTED** until August 15, 2C05, to file his amended petition.

***So Ordered.***

Dated July 26, 2005

Margaret J. Kravchuk
U.S. Magistrate Judge

JULY 18, 2005

CLERK
U.S. DISTRICT COURT
P.O. BOX 1000
BANGOR, ME 04402

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED AND FILED
2005 JUL 27
BY
DEPUTY CLERK

RE: D'AMARIO v. JUSTICES OF SUPERIOR COURT, No. 05-236

DEAR SIR/MADAM:

THE ABOVE §2254 HABEAS CORPUS CASE WAS TRANSFERRED TO MAINE FROM THE DISTRICT OF RHODE ISLAND.

LAST WEEK I WAS SERVED AN ORDER TO AMEND THE PETITION BY AUGUST 1, 2005. I HAVE BEEN IN TRANSIT AND IN 3 JAILS SINCE JULY 12, AND ALL MY LEGAL PAPERS AND FORMS WERE CONFISCATED AND SHIPPED HOME. (WYATT DOESN'T FORWARD PROPERTY AS IT'S A PRIVATE JAIL.) I THEREFORE NEED AN ADDITIONAL 2 WEEKS TIME TO GET ANOTHER BLANK §2254 FORM AND TO RECOVER MY ORIGINAL PETITION FOR REFERENCE.

BELOW IS MY NEW MAILING ADDRESS.

RECEIVED
JUL 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SINCERELY,

[signature]

ARTHUR D'AMARIO III 02989-070
U.S. MEDICAL CENTER
P.O. BOX 4000
SPRINGFIELD, MO 65801-4000