UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ARTHUR D'AMARIO, III,<br>Petitioner | : | |
| v. | : | C.A. NO. 2005-236 S |
| PATRICK C. LYNCH, RHODE ISLAND ATTORNEY GENERAL,<br>Respondent | : | |

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Now comes the State of Rhode Island, Respondent in the above-captioned matter, and respectfully asks leave to exceed the page limit for attachments prescribed by Court Order 2002-01. The State submits that the attachments are necessary due to the existence of state court materials and in order to comply with Rule 5 of the rules governing §2254 cases.

Wherefore, the State of Rhode Island respectfully asks leave to exceed the (5) page limit of attachments by no more than thirty-seven (37) pages in the above-captioned matter.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**GERALD J. COYNE, #2915**
**DEPUTY ATTORNEY GENERAL**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 22nd day of November, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to Arthur D'Amario III, Pro Se, #02989-070, U.S. Medical Center, POB 4000, Springfield, MO 65801-4000.

______________________________