FILED
NOV 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ARTHUR D'AMARIO, III,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. NO. 2005-236** |
| **PATRICK C. LYNCH, RHODE ISLAND** | : | |
| **ATTORNEY GENERAL,** | : | |
| **Respondent** | : | |

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Now comes the State of Rhode Island, Respondent in the above-captioned matter, and respectfully asks leave to exceed the page limit for attachments prescribed by Court Order 2002-01. The State submits that the attachments are necessary due to the existence of state court materials and in order to comply with Rule 5 of the rules governing §2254 cases.

Wherefore, the State of Rhode Island respectfully asks leave to exceed the (5) page limit of attachments by no more than thirty-seven (37) pages in the above-captioned matter.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

[signature]

**GERALD J. COYNE, #2915**
**DEPUTY ATTORNEY GENERAL**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

11/28/05
Granted
[signature]
USDJ