**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2006 FEB 16 P 3: 48
BY______
DEPUTY CLERK

| | | |
|---|---|---|
| **ARTHUR D'AMARIO, III** | ) | |
| | ) | |
| **PETITIONER** | ) | |
| | ) | |
| **V.** | ) | **CIVIL NO. 05-236-S** |
| | ) | |
| **PATRICK G. LYNCH, ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND,** | ) | |
| | ) | |
| **RESPONDENT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the court on December 29, 2005 (docketed January 9, 2006), with copies to the parties, her Recommended Decision on the petitioner's 18 U.S.C. § 2254 petition. The petitioner filed an objection to the Recommended Decision on January 4, 2006. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The 18 U.S.C. § 2254 petition is **DISMISSED**.

**SO ORDERED.**

**DATED THIS** 16th **DAY OF FEBRUARY, 2006**

D. Brock Hornby

**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

**U.S. DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
**CIVIL DOCKET FOR CASE #: 05cv236**

| | | |
|---|---|---|
| **ARTHUR D'AMARIO, III**<br><br>**Petitioner** | represented by | **ARTHUR D'AMARIO, III**<br>02989-070<br>U.S. MEDICAL CENTER<br>PO Box 4000<br>SPRINGFIELD, MO 65801-4000<br>*Pro Se* |

**v.**

| | | |
|---|---|---|
| **PATRICK C. LYNCH, Attorney General for the State of Rhode Island,**<br><br>**Respondent** | represented by | **GERALD J. COYNE**<br>DEPUTY ATTORNEY GENERAL<br>150 SOUTH MAIN STREET<br>PROVIDENCE, RI 02903<br>(401) 274-4400 |