AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO, III

V.

PATRICK G. LYNCH, Attorney General for the State of Rhode Island

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. No. 05-236S

**Jury Verdict.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS ENTERED IN FAVOR OF RESPONDENT, PATRICK G. LYNCH, ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND, AGAINST PETITIONER, ARTHUR D'AMARIO, III, IN ACCORDANCE WITH THE ORDER DATED FEBRUARY 16, 2006 AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE. THE 18 U.S.C. §2254 PETITION IS DISMISSED.**

February 22, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk