UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO III

v. C.A. No. 5-236S

PATRICK C. LYNCH

MOTION FOR COA

Pursuant to 28 U.S.C. § 2253 and FRAP 22(b), Petitioner moves for issuance of a Certificate of Appealability, to argue on appeal that,

1) He meets the "in custody" requirement because all of his sentences have been run consecutively;

2) Respondent assisted federal authorities in stealing his jail credit to prolong custody - a fact issue on which the court took no evidence; and

3) 28 U.S.C. § 455(a) required recusal of the entire Circuit.

Petitioner, pro se,
3-3-06
Arthur D'Amario III

CERTIFICATION

I certify that on Mar. 3, 2006, I mailed a copy to Gerald Coyne, 150 S. Main St., Prov., RI 02903.

petitioner