UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ARTHUR D'AMARIO III

v. C.A. No. 5-236S

PATRICK C. LYNCH

# NOTICE OF APPEAL

Notice is hereby served that Petitioner hereby appeals the Judgment entered Feb. 22, 2006, to the First Circuit.

Petitioner, pro se,

3-3-06

Arthur D'Amario 02989070
Federal Detention Center
PO Box 562
Philadelphia, PA 19105

## CERTIFICATION

I certify that on Mar. 3, 2006, I mailed a copy to Gerald Coyne, 150 S. Main St., Prov., RI 02903.

Pursuant to FRAP 4(c)(1), I declare under penalty of perjury that on March 3, 2006, I deposited this Notice in a prison Legal Mail box with an affixed $.39 stamp.

Executed on: March 3, 2006