U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED
2006 APR -5 A 9:26
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **ARTHUR D'AMARIO III** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 1:05-236-S** |
| | ) | |
| **PATRICK C. LYNCH** | ) | |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

On March 8, 2006, Arthur D'Amario III filed with the Court an application for certificate of appealability and a notice of appeal from this Court's Judgment.

It being the opinion of this Court that no substantial question would be presented for decision on appeal, the certificate of appealability is DENIED. (F. R. App. P. 22(b)).

D. Brock Hornby
U.S. District Judge

Dated: April 4, 2006.