MANDATE

CA:05-236
J. Smith

# United States Court of Appeals
## For the First Circuit

No. 06-1447

ARTHUR D'AMARIO, III,

Petitioner, Appellant,

v.

JUSTICES OF THE RHODE ISLAND DISTRICT AND SUPERIOR COURTS,

Respondent.

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

JUDGMENT

Entered: November 22, 2006

Jurists of reason would not find it debatable whether the district court was correct in concluding that petitioner was not "in custody" with respect to the Rhode Island state sentence for purposes of federal habeas. See Slack v. McDaniel, 529 U.S. 473, 484 (2000) (reciting the standard when dismissal is on procedural ground).

Accordingly, the request for a certificate of appealability is denied and this appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: DEC 1 3 2006

[cc: Arthur D'Amario, Gerald Coyne, AAG, Virginia McGinn, AAG]